UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTINA THIGPEN,

    Plaintiff,

v.                                     CASE NO. 8:18-cv-2498-T-23SPF

CREDIT CONTROL SERVICES,

    Defendant.
_____/

## **ORDER**

Because the plaintiff reportedly failed to attend mediation and ignored communication from counsel, an April 30, 2019 order (Doc. 47) grants the plaintiff's counsel leave to withdraw and requires the plaintiff by May 15, 2019, to either "(1) file an appearance of substitute counsel or (2) explain why this action should not be dismissed for a failure to prosecute." The April 30, 2019 order states that "a failure to timely comply with result in a dismissal of this action." (Doc. 47 at 1) Neither substitute counsel nor an explanation timely appears. In accord with the April 30, 2019 order, this action is **DISMISSED WITHOUT PREJUDICE** for a failure to prosecute. The clerk is directed to close the case.

    ORDERED in Tampa, Florida, on May 23, 2019.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE